**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CU-0961

Jonathan Heath Carpenter

- - Versus - -

Erin Marie McDonald

20th Judicial District Court
Case #: 41308
East Feliciana Parish

On Application for Rehearing file on 12/02/2019 by Erin Marie McDonald

Rehearing _____ **DENIED** _____

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier, III

Date __DEC 1 2 2019_____

_____
Rodd Naquin, Clerk